# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>ANTONIO DEWAYNE WATKINS<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)        1:24-mj- 213<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 3, 2024__ in the county of __Hamilton__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1)& (b)(1)(A) | Possession with Intent to Distribte 50 grams or more of methamphetamine |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| 18 U.S.C. § 924(c) | Possession of Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See attached affidavit, incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Cobb, ATF Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 6, 2024

_____
*Judge's signature*

City and state: Chattanooga, Tennessee

Honorable Christopher H. Steger
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:24-mj- 213 |
| ) | |
| v. ) | |
| ) | |
| ) | Magistrate Judge |
| ANTONIO DEWAYNE WATKINS ) | |
|    also known as "GATOR MAC" ) | |
|    also known as "TONY BOLOGNA" ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kevin Cobb, a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and Master Police Officer with the Chattanooga Police Department (CPD), being duly sworn, depose, and state as follows:

1. I am a Police Officer with the Chattanooga Police Department and have been employed since March 1998. I have twenty-five years of experience in Law Enforcement including but not limited to P.O.S.T. Certification in the State of Tennessee, D.E.A Basic Narcotics Investigation School, Regional Counterdrug Training Academy, Clandestine Lab Investigation School, and Street Gang Investigation Classes. In my capacity as a Police Officer, I have served six years in Criminal Investigations and four years as a Task Force Officer with the ATF. I have received specialized training in and have participated in numerous narcotics investigations, violent crime incidents, and firearms violations.

2. The following information is based on my own personal observations and knowledge, review of police reports and body camera footage, and information obtained from other law enforcement officers. This affidavit does not contain all the information known to law enforcement regarding this investigation. This affidavit is intended to show merely that there is

sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

3. Based on the facts set forth in this affidavit, I submit there is probable cause to believe that Antonio Dewayne WATKINS, possessed 50 grams or more of methamphetamine with intent to distribute in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A); possessed a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c); and possessed a firearm as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1).

## Facts Establishing Probable Cause

4. On July 3, 2024, while at Dick's Sporting Goods, located at 2100 Hamilton Place Boulevard, Chattanooga, Tennessee, CPD Gun Team Investigation E. Lee observed four occupants exit a Black Audi SUV and enter the store. Investigator Lee recognized two of the individuals and knew them each to have a history of narcotics and firearm related arrests.

5. While the occupants were inside the store, Investigator Lee observed, in plain view from outside the vehicle, a bag of marijuana in the center console and marijuana packaging in the back seat. Investigator Lee also noted a gray shoulder bag/satchel on the center console.

6. A few minutes later, Inv. Lee observed one of the occupants, later identified as Antonio Dewayne WATKINS, return to the Audi SUV. CPD Patrol Officers arrived in the parking lot and approached the Audi SUV. Officer Pereira approached from the rear and observed WATKINS to be the sole occupant of the vehicle. WATKINS was seated in the passenger seat. A subsequent review of surveillance footage showed WATKINS to be the driver of the Audi SUV when it arrived in the parking lot. Officer Pereira exited his vehicle and gave WATKINS verbal commands to put his hands up. WATKINS did not comply, and Pereira observed him reaching

downward. WATKINS then exited the passenger seat and walked toward the front of the Audi SUV away from Pereira and threw the keys underneath another car in the parking lot. Officers detained WATKINS.

7. Officers conducted a probable cause search of the vehicle based on the odor of marijuana and the packaging inside the vehicle. Officer Pereira opened the passenger door and observed a semi-automatic pistol in the front passenger seat floorboard where WATKINS had been seated. Inv. Lee advised the pistol was not in the floorboard when he previously looked inside the vehicle. Officers also observed the gray shoulder bag/satchel to was located the driver's seat, and no longer on the center console.

8. Officers recovered the pistol—a Glock, Model 31, .357 Sig, semi-automatic pistol. The pistol was loaded with a round in the chamber. Inside the grey shoulder bag/satchel, officers recovered a large ziplock bag with approximately 3.7 ounces of methamphetamine, a digital scale, and multiple small baggies containing other suspected controlled substances. Officers located a bag of marijuana in the front passenger door, two bags of marijuana and a digital scale in the center console, a digital scale in the glove box, a bag of marijuana in the pocket behind the driver's seat, clear plastic baggies in the rear driver's side door, and a bag of marijuana in the third row of seats.

9. WATKINS had $1872 US Currency in varying denominations and two cell phones on his person.

10. WATKINS is a previously convicted felon, having sustained convictions for possession of cocaine for resale, possession of marijuana for resale, and voluntary manslaughter. WATKINS was released from the Tennessee Department of Corrections on May 1, 2024, having served a prison sentence for his voluntary manslaughter conviction.

11. Based on my training and experience, I know the following:

a. Glock pistols are not manufactured in Tennessee.

b. 3.7 ounces of methamphetamine is a distribution amount and more than what one person possesses for personal use or consumption. The weight of the methamphetamine and other evidence recovered is indicative of intent to distribute.

c. Traffickers that deal in illegal narcotics will keep firearms for their own protection as well as the protection of their product and proceeds.

## Conclusion

12. Based on the facts set forth in this affidavit, I submit there is probable cause to believe that Antonio Dewayne WATKINS, possessed 50 grams or more of methamphetamine with intent to distribute in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A); possessed a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c); and possessed a firearm as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1) and request this Court issue a warrant for WATKINS arrest.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Kevin Cobb
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed before me this ___6___ day of August 2024.

_____
CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE